UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJINDER KANG,<br><br>                Plaintiff,<br><br>   v.<br><br>MARATHON FUNDING SERVICES, INC., ROBERT CRAWFORD, SOPHIA BAGNASCHI, JONATHAN GRINDELL, "ALL OTHER OCCUPANTS",<br><br>                Defendants. | CASE NO. 2:19 cv-00829-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant Robert Crawford's application to proceed in forma pauperis (Dkt. 1) in this removed case is **GRANTED**. Defendant Crawford may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to all parties who have appeared in this action.

DATED this 31st day of May, 2019.

                                                             BRIAN A. TSUCHIDA
                                                             Chief United States Magistrate Judge